1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5
6 Attorneys for Mr. Rojas-Velazquez
7
8 UNITED STATES DISTRICT COURT
9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           ) Case No. 08mj2088
                                       )
12           Plaintiff,                )
                                       )
13 v.                                  )
                                       ) **NOTICE OF APPEARANCE**
14 **JUAN JOSE ROJAS-VELAZQUEZ,**      )
                                       )
15           Defendant.                )
                                       )
16
17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                       Respectfully submitted,
21 Dated: July 15, 2008                  *s/ James M. Chavez*
                                         Federal Defenders of San Diego, Inc.
22                                       *james_chavez@fd.org*

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Rojas-Velazquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2088 |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **JUAN JOSE ROJAS-VELAZQUEZ**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov

Dated: July 15, 2008

    s/ *James M. Chavez*
JAMES M. CHAVEZ
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: james_chavez@fd.org