```
                                    FILED
                                  AUG - 7 2008
                          CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2607-JAH |
|---|---|
| Plaintiff, | ) |
| | ) I N F O R M A T I O N |
| v. | ) |
| | ) Title 8, U.S.C., Sec. 1325 – |
| JUAN JOSE ROJAS-VELAZQUEZ, | ) Illegal Entry (Misdemeanor); |
| aka Juan Jose Rojas, | ) Title 8, U.S.C., Sec. 1325 – |
| Arturo Rosales, | ) Illegal Entry (Felony); |
| Juan Vasquez Rojas, | ) Title 8, U.S.C., Sec. 1325 – |
| | ) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about _____Dec. 2002_____, within the Southern District of California, defendant JUAN JOSE ROJAS-VELAZQUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CJB:es:San Diego
7/22/08

## Count 2

On or about ____Nov. 2003____, within the Southern District of California, defendant JUAN JOSE ROJAS-VELAZQUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about May 21, 2008, within the Southern District of California, defendant JUAN JOSE ROJAS-VELAZQUEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: __8/7/08__.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney